UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   No. 2:22CR00004-07 BSM | |
| EARLY BIRD JOHNSON | DEFENDANT |

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit of Defendant Early Bird Johnson concerning his financial ability to employ counsel, Defendant is entitled to counsel under the Criminal Justice Act but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that Attorney Erin Cassinelli is appointed to represent Early Bird Johnson.

IT IS SO ORDERED THIS 24th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE